Honorable Mary A. Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOMAIN.COM, INC., a Colorado corporation; EMMET STEPHENSON, an individual; TONI STEPHENSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WOLF STEEL GROUP, INC., a Canadian corporation<br><br>Defendant. | Case No. 2:18-cv-00545-MAT<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Domain.com, Inc., Emmet Stephenson, and Toni Stephenson hereby give notice that the above captioned action is voluntarily dismissed against Defendant Wolf Steel Group, Inc.

Defendant has not yet served an answer or a motion for summary judgment.

NOTICE OF VOLUNTARY DISMISSAL–1
[Case No. 2:18-cv-00545-MAT]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Respectfully submitted May 23, 2018.

**Newman Du Wors LLP**

_(signature)_
Derek A. Newman, WSBA #26967
*dn@newmanlaw.com*
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
(206) 274-2800

Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL–1
[Case No. 2:18-cv-00545-MAT]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800